**FILED**

07/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0349

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0349

NATHAN SAMUEL POLAKOFF,

    Petitioner,

v.

STATE OF MONTANA, TWENTY-SECOND
JUDICIAL DISTRICT COURT, the
HONORABLE MATTHEW J. WALD,

    Respondent.

**FILED**

JUL 01 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Nathan Samuel Polakoff has filed a Petition for Writ of Supervisory Control, contending that the Carbon County District Court erred in its denial of his Motion to Dismiss and thereby threatened Polakoff's protection against double jeopardy. Upon review, we deem it appropriate to obtain a summary response to his Petition. We also have set this matter on an expedited review. Therefore,

IT IS ORDERED that the Twenty-Second Judicial District Court or the State of Montana, or both, shall FILE and SERVE a response <u>on or before Friday, July 15, 2022</u>.

The Clerk is directed to provide a copy of this Order to: the Honorable Matthew J. Wald, Twenty-second Judicial District Court, Carbon County; Rochelle Loyning, Clerk of District Court, Carbon County, under Cause No. DC 19-17; and counsel of record.

DATED this 1st day of July, 2022.

_____
Justice